No. 91–5521. WILLIAMS *v.* CHAVIS, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 91–5522. WARMACK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 91–5526. BERRYHILL *v.* MILLER ET AL. Super. Ct. Ga., Fulton County. Certiorari denied.

No. 91–5534. DANIELS *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied. 

No. 91–5535. FULLER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 91–5537. VIEYRA *v.* UNITED STATES; and
No. 91–5538. PAULINO *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 91–5539. WILLIAMSON *v.* SOWDERS, WARDEN. C. A. 6th Cir. Certiorari denied. 

No. 91–5540. TOSADO *v.* DANBURY HOSPITAL ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–5541. PIETSCH *v.* BUSH ET AL. C. A. 2d Cir. Certiorari denied. 

No. 91–5543. HERRELL *v.* WISE. Ct. App. Kan. Certiorari denied. 

No. 91–5548. VELASQUEZ *v.* ZIMMERMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT WAYMART, ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–5558. HARR *v.* NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–5562. JARVI *v.* UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–5563. HAMM *v.* ARMONTROUT, WARDEN. C. A. 8th Cir. Certiorari denied. 

No. 91–5564. LEDET *v.* LYNN ET AL. C. A. 5th Cir. Certiorari denied.